# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| BALCH & BINGHAM LLP, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>U.S. COMMODITY FUTURES )<br>TRADING COMMISSION, )<br>)<br>    Defendant. ) | Civ. No.:  CV-08-HGD-2281-S |

## EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANT COMMODITY FUTURES TRADING COMMISSION'S MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES

Comes now Defendant U. S. Commodity Futures Trading Commission, by and through Alice H. Martin, United States Attorney for the Northern District of Alabama, and submits the following evidence in support of its motion to dismiss for Plaintiff's failure to exhaust administrative remedies.

Exhibit 1   Declaration of Stacy Easter (with attached Exhibit A and Exhibit B)
    Exhibit A, Plaintiff's Emailed FOIA Requests;
    Exhibit B, CFTC Response to FOIA Request, dated 6 Nov 2008.

Exhibit 2   Dynegy Detailed Written Justification of FOIA Confidential Treatment Request, dated 13 Oct 2008.

Exhibit 3   El Paso Detailed Written Justification of FOIA Confidential Treatment Request, dated 20 Oct 2008.

Exhibit 4   CFTC Final Response to Plaintiff's FOIA Request, dated 10 Dec 2008.

1

Exhibit 5   Plaintiff's Administrative Appeal, dated 8 Jan 2009.

                              Respectfully submitted,


                              ALICE H. MARTIN
                              United States Attorney


                              s/ Edward Q. Ragland
                              EDWARD Q. RAGLAND
                              Assistant United States Attorney
                              1801 Fourth Avenue North
                              Birmingham, AL 35203
                              205-244-2109
                              Ed.Ragland@usdoj.gov


**Of Counsel**
Terry S. Arbit
General Counsel
Bradford M. Berry
Deputy General Counsel
Lynn A. Bulan
Counsel
Office of General Counsel
Commodities Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
Phone: 202-418-5143
Fax: 202-418-5567

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    /s Edward Q. Ragland
Edward Q. Ragland
Assistant United States Attorney