

FILED

2009 Feb-11  AM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA


| | | |
|---|---|---|
| BALCH & BINGHAM LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.:  CV-08-HGD-2281-S |
| | ) | |
| U.S. COMMODITY FUTURES | ) | |
| TRADING COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |


## DEFENDANT COMMODITY FUTURES TRADING COMMISSION'S MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES


Exhibit 1   Declaration of Stacy Easter (with attached Exhibit A and Exhibit B)
           Exhibit A, Plaintiff's Emailed FOIA Requests;
           Exhibit B, CFTC Response to FOIA Request, dated 6 Nov 2008.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

BALCH & BINGHAM LLP,        )
                              )
        Plaintiff,        )
                              )
v.                         )        Civ. No.:  CV-08-HGD-2281-S
                              )
U.S. COMMODITY FUTURES    )
TRADING COMMISSION,       )
                              )
        Defendant.     )

**DECLARATION OF STACY EASTER**

I, Stacy Easter, declare as follows:

1.  I am a Paralegal Specialist with the Commodity Futures Trading Commission ("CFTC")
    and am responsible for processing Freedom of Information Requests received by the
    CFTC.  I have personal knowledge of the facts set forth in this Declaration and, if called
    as a witness, could competently testify to the matters contained in this Declaration.

2.  On September 12, 2008, I received several emails from Ms. Kelly Brennan, an attorney
    with Balch & Bingham ("Balch") seeking information under FOIA.  After receiving the
    first dozen or so emails, I received a telephone call from Ms. Brennan, asking me if I had
    received the first several requests. I responded that I had received them.  Ms. Brennan
    informed me that she would be submitting several more email requests over the next few
    days and that she would probably send the final request the following week.  Ms.
    Brennan asked whether the agency would wait until receiving the final email before
    starting to process the requests.   I responded that I would wait to process the requests

1

until I had received the entire request.  Ms. Brennan's several email requests are attached as Exhibit A.

3. The FOIA requests asked for information that had previously been submitted to the CFTC by Dynegy Marketing and Trade ("Dynegy") and El Paso Merchant Energy ("El Paso") in response to investigative requests by the CFTC.

4. On September 16, 2008, I forwarded Ms. Brennan's requests to the pertinent divisions within the CFTC that might have responsive information, primarily the CFTC's Division of Enforcement.

5. On Sept 22, I learned from the Division of Enforcement at the CFTC's New York office that there were ongoing criminal proceedings being handled by the U.S. Attorney's office in Texas involving El Paso, and also that El Paso and Dynegy had previously requested confidential treatment for the materials being requested by Balch.  The CFTC maintains a file of all such Requests for Confidential Treatment.  I searched the file and located a 2003 Request for Confidential Treatment from El Paso.  I made several phone calls to El Paso to ascertain whom I should speak with about this request and eventually received a call from Stuart Plunkett, an attorney with the law firm of Morrison Foerster.  Mr. Plunkett informed me that his firm represented El Paso and that El Paso would like certain of its documents to be kept confidential. I received an email on September 26, 2008 from Mr. Plunkett confirming our telephone call.

6. On September 29, 2008, I received a response the Division of Enforcement's Washington, DC office stating that it did not have any documents responsive to Balch's FOIA request.  On September 29, 2008, I also received information indicating that the Division of Enforcement's New York office had located responsive information for both

El Paso and Dynegy, but that all of the information (consisting of six CDs and thousands of pages of documents) should be withheld pursuant to FOIA Exemptions 7(b) and 7(e).

7.  On October 2, 2008, I received a response from the Division of Enforcement's Chicago office stating that it had located 997 pages of responsive documents,  but that material should be withheld pursuant to FOIA Exemptions 3, 5 and  7(a).

8.  On October 3, 2008, I inquired of the Division of Enforcement as to whether it was granting El Paso's Request for Confidential Treatment and requested more specificity as to the asserted basis for withholding the responsive information located by that office.

9.  On October 6, 2008, I received a response from the Division of Enforcement stating (1) that it was not simply granting the Request for Confidential Treatment based on the 2003 request, and (2) that the Division of Enforcement would like additional information from El Paso before making a determination whether to grant the Request for Confidential Treatment.

10. On October 6, 2008, I sent a letter via email to Mr. Plunkett at Morrison & Foerster informing him of the FOIA request and asking that he submit a detailed written justification stating why the agency should continue to grant confidential treatment to the documents requested by Balch.

11. On October 13, 2008, I called the attorney for Dynegy, Mr. Michael Kass at Pillsbury Winthrop, and told him that the CFTC had received a FOIA request seeking the same information that had been requested in an earlier FOIA request by a different party.  I informed Mr. Kass if he did not want us to use his prior Detailed Written Justification, submitted on October 13, 2008, he would be required to submit a new one and asked that we rely on the earlier justification.

12. I received El Paso's Detailed Written Justification on October 20, 2008. I forwarded both Detailed Written Justifications to the Division of Enforcement's  New York office so that it could make a determination as to whether to grant the Requests for Confidential Treatment.

13. On November 5, 2008, I received a phone call from Ms. Brennan inquiring about the status of Balch's requests.  I informed her of the status and told her about the Requests for Confidential Treatment.  She asked if the CFTC had any information that was not subject to the Requests for Confidential Treatment that the CFTC could send to Balch.

14. On November 6, I sent the CFTC's partial response to Balch's FOIA request to Ms. Brennan  via email and included copies of the detailed written justifications from Dynegy and El Paso.  This response is attached as Exhibit B.

15. I received an email from Joe Rosenberg confirming the ongoing Texas criminal proceeding on November 19, 2008.

16. On December 4, 2008, I received information from the Division of Enforcement (1) confirming that the responsive documents would be withheld pursuant to FOIA Exemptions 3, 4, and 7; and (2) advising that the Division of Enforcement had decided to grant both Dynegy's and El Paso's Requests for Confidential Treatment.

17.  On December 10, 2008, I sent letters to both Dynegy and El Paso regarding the CFTC's decision to grant their requests for confidential treatment of their documents. I also sent a final response to Ms. Brennan denying the remainder of Balch's FOIA request.

18. On January 8, 2009, I received via email a copy of Balch's administrative appeal.

Pursuant to 28 U.S.C. §1736, I declare under penalty of perjury under the laws of the United

States that the foregoing is true and correct.


Executed this 7th day of February, 2008.

Stacy Easter

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

BALCH & BINGHAM LLP,   )
          )
    Plaintiff,   )
          )
v.          )   Civ. No.:  CV-08-HGD-2281-S
          )
U.S. COMMODITY FUTURES  )
TRADING COMMISSION,   )
          )
    Defendant.   )

## DEFENDANT COMMODITY FUTURES TRADING COMMISSION'S MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES

Exhibit A to Declaration of Stacy Easter --- Plaintiff's Emailed FOIA Requests
.

1

08- 0141

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 3:31 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 15:30:38
------------------------------------------------------------------------

information: Pursuant to the Freedom of Information Act, 5 U.S.C. 552,
       we request information or records regarding the Commodity
       Futures Trading Commission s investigation into the
       conduct of and proceedings against El Paso, Dynegy
       Marketing & Trade and West Coast Power LLC in the In re El
       Paso Merchant Engery, L.P., CFTC Docket No. 03-09 and In
       re Dynegy Marketing & Trade and West Coast Power LLC, CFTC
       Docket No. 03-03].

       All documents and/or information relied upon by the CFTC
       in connection with the following statement(s) made in the
       order instituting proceedings pursuant to        6(c) and 6(d)
       of the Commodity Exchange Act, making findings and
       imposing remedial sanctions in the matter of El Paso
       Merchant Energy, L.P., CFTC Docket No.: 03-09, pending
       before the Commodity Futures Trading Commissions:

          EPME reported false natural gas information,
       including price and volume information about natural gas
       cash transactions it purportedly made, to certain
       reporting firms and thereby attempted to manipulate the
       natural gas market.

       I agree to pay any search, review, or copying fees that
       may be incurred in processing this request. In the event
       the CFTC believes the fees will exceed $500.00, we
       respectfully request notification of an estimate for the
       copying and research so that we have an opportunity to
       narrow the request.

       If you have questions or need further information, please
       do not hesitate to contact me by email, at
       kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan, Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 3:40 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 15:39:44
---------------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
             U.S.C.  552, we request information or records regarding
             the Commodity Futures Trading Commission s investigation
             into the conduct of and proceedings against El Paso,
             Dynegy Marketing & Trade and West Coast Power LLC in the
             In re El Paso Merchant Engery, L.P., CFTC Docket No. 03-09
             and In re Dynegy Marketing & Trade and West Coast Power
             LLC, CFTC Docket No. 03-03].

             All documents and/or information relied upon by
             the CFTC in connection with the following statement(s)
             made in the order instituting proceedings pursuant to
             6(c) and 6(d) of the Commodity Exchange Act, making
             findings and imposing remedial sanctions in the matter of
             El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
             pending before the Commodity Futures Trading Commissions:


             EPME knowingly reported non-existent trades to
             the reporting firms while at the same time withholding
             information about actual trades it made from the reporting
             firms.  EPME did so in an attempt to skew those indexes to
             Respondent s financial benefit.

             I agree to pay any search, review, or copying fees
             that may be incurred in processing this request. In the
             event the CFTC believes the fees will exceed $500.00, we
             respectfully request notification of an estimate for the
             copying and research so that we have an opportunity to
             narrow the request.

             If you have questions or need further information,
             please do not hesitate to contact me by email, at
             kbrennan@balch.com, or by telephone at (205) 226-3475.


_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 3:43 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 15:43:18
---------------------------------------------------------------------

information:    Pursuant to the Freedom of Information Act, 5 U.S.C.
552, we request information or records regarding the
Commodity Futures Trading Commission s investigation into
the conduct of and proceedings against El Paso, Dynegy
Marketing & Trade and West Coast Power LLC in the In´re El
Paso Merchant Engery, L.P., CFTC Docket No. 03-09 and In
re Dynegy Marketing & Trade and West Coast Power LLC, CFTC
Docket No. 03-03].

All documents and/or information relied upon by
the CFTC in connection with the following statement(s)
made in the order instituting proceedings pursuant to
6(c) and 6(d) of the Commodity Exchange Act, making
findings and imposing remedial sanctions in the matter of
El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
pending before the Commodity Futures Trading Commissions:

EPME did not maintain certain required records
concerning the information it   provided to the reporting
firms as required by Commission regulations.

I agree to pay any search, review, or copying fees
that may be incurred in processing this request. In the
event the CFTC believes the fees will exceed $500.00, we
respectfully request notification of an estimate for the
copying and research so that we have an opportunity to
narrow the request.

If you have questions or need further information,
please do not hesitate to contact me by email, at
kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

From:           kbrennan@balch.com
Sent:           Friday, September 12, 2008 3:46 PM
To:             FOIAsubmissions
Subject:        Electronic FOIA Request Form

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 15:46:01
--------------------------------------------------------------------------

information:     Pursuant to the Freedom of Information Act, 5
                U.S.C.  552, we request information or records regarding
                the Commodity Futures Trading Commission s investigation
                into the conduct of and proceedings against El Paso,
                Dynegy Marketing & Trade and West Coast Power LLC in the
                In re El Paso Merchant Engery, L.P., CFTC Docket No. 03-09
                and In re Dynegy Marketing & Trade and West Coast Power
                LLC, CFTC Docket No. 03-03].

                All documents and/or information relied upon by
                the CFTC in connection with the following statement(s)
                made in the order instituting proceedings pursuant to
                6(c) and 6(d) of the Commodity Exchange Act, making
                findings and imposing remedial sanctions in the matter of
                El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
                pending before the Commodity Futures Trading Commissions:

                        EPME initiated an internal investigation by
                hiring an independent law firm to conduct a timely
                investigation relating to false reports to price gathering
                and reporting services.

                        I agree to pay any search, review, or copying fees
                that may be incurred in processing this request. In the
                event the CFTC believes the fees will exceed $500.00, we
                respectfully request notification of an estimate for the
                copying and research so that we have an opportunity to
                narrow the request.

                        If you have questions or need further information,
                please do not hesitate to contact me by email, at
                kbrennan@balch.com, or by telephone at (205) 226-3475.


_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 3:53 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 15:53:22
---------------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
                U.S.C.  552, we request information or records regarding
                the Commodity Futures Trading Commission`s investigation
                into the conduct of and proceedings against El Paso,
                Dynegy Marketing & Trade and West Coast Power LLC in the
                In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
                and In re Dynegy Marketing & Trade and West Coast Power
                LLC, CFTC Docket No. 03-03].

                All documents and/or information relied upon by
                the CFTC in connection with the following statement(s)
                made in the order instituting proceedings pursuant to
                6(c) and 6(d) of the Commodity Exchange Act, making
                findings and imposing remedial sanctions in the matter of
                El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
                pending before the Commodity Futures Trading Commissions:

                From at least June 2000 through November 2001,
                Respondents provided false reports to the reporting firms
                and failed to keep copies of required reports.

                I agree to pay any search, review, or copying fees
                that may be incurred in processing this request. In the
                event the CFTC believes the fees will exceed $500.00, we
                respectfully request notification of an estimate for the
                copying and research so that we have an opportunity to
                narrow the request.

                If you have questions or need further information,
                please do not hesitate to contact me by email, at
                kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 4:10 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 16:09:40
--------------------------------------------------------------------------------

information:      Pursuant to the Freedom of Information Act, 5
           U.S.C.  552, we request information or records regarding
           the Commodity Futures Trading Commission s investigation
           into the conduct of and proceedings against El Paso,
           Dynegy Marketing & Trade and West Coast Power LLC in the
           In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
           and In re Dynegy Marketing & Trade and West Coast Power
           LLC, CFTC Docket No. 03-03].

           All documents and/or information relied upon by
      the CFTC in connection with the following statement(s)
      made in the order instituting proceedings pursuant to
      6(c) and 6(d) of the Commodity Exchange Act, making
      findings and imposing remedial sanctions in the matter of
      El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
      pending before the Commodity Futures Trading Commissions:


           The false reports included altering price and
      volume of actual trades and reporting non-existent trades
      using telephones, faxes, and the internet.

           I agree to pay any search, review, or copying fees
      that may be incurred in processing this request. In the
      event the CFTC believes the fees will exceed $500.00, we
      respectfully request notification of an estimate for the
      copying and research so that we have an opportunity to
      narrow the request.

           If you have questions or need further information,
      please do not hesitate to contact me by email, at
      kbrennan@balch.com, or by telephone at (205) 226-3475.


_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 4:24 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 16:24:13
---------------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
            U.S.C.  552, we request information or records regarding
            the Commodity Futures Trading Commission s investigation
            into the conduct of and proceedings against El Paso,
            Dynegy Marketing & Trade and West Coast Power LLC in the
            In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
            and In re Dynegy Marketing & Trade and West Coast Power
            LLC, CFTC Docket No. 03-03].

            All documents and/or information relied upon by
    the CFTC in connection with the following statement(s)
    made in the order instituting proceedings pursuant to
    6(c) and 6(d) of the Commodity Exchange Act, making
    findings and imposing remedial sanctions in the matter of
    El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
    pending before the Commodity Futures Trading Commissions:

            Respondent s employees provided false trade data
    because they believed that it benefited their trading
    positions or derivatives contracts.

            I agree to pay any search, review, or copying fees
    that may be incurred in processing this request. In the
    event the CFTC believes the fees will exceed $500.00, we
    respectfully request notification of an estimate for the
    copying and research so that we have an opportunity to
    narrow the request.

            If you have questions or need further information,
    please do not hesitate to contact me by email, at
    kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 4:35 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 16:35:27
---------------------------------------------------------------------------

information:      Pursuant to the Freedom of Information Act, 5 U.S.C.
        552, we request information or records regarding the
        Commodity Futures Trading Commission s investigation into
        the conduct of and proceedings against El Paso, Dynegy
        Marketing & Trade and West Coast Power LLC in the In re El
        Paso Merchant Energy, L.P., CFTC Docket No. 03-09 and In
        re Dynegy Marketing & Trade and West Coast Power LLC, CFTC
        Docket No. 03-03].

        All documents and/or information relied upon by
        the CFTC in connection with the following statement(s)
        made in the order instituting proceedings pursuant to
        6(c) and 6(d) of the Commodity Exchange Act, making
        findings and imposing remedial sanctions in the matter of
        El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
        pending before the Commodity Futures Trading Commissions:

        Respondents also failed to report actual trades
to the reporting firms.

        I agree to pay any search, review, or copying fees
that may be incurred in processing this request. In the
event the CFTC believes the fees will exceed $500.00, we
respectfully request notification of an estimate for the
copying and research so that we have an opportunity to
narrow the request.

        If you have questions or need further information,
please do not hesitate to contact me by email, at
kbrennan@balch.com, or by telephone at (205) 226-3475.


_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| From: | kbrennan@balch.com |
| Sent: | Friday, September 12, 2008 4:43 PM |
| To: | FOIAsubmissions |
| Subject: | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 16:43:17
--------------------------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
            U.S.C.  552, we request information or records regarding
            the Commodity Futures Trading Commission s investigation
            into the conduct of and proceedings against El Paso,
            Dynegy Marketing & Trade and West Coast Power LLC in the
            In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
            and In re Dynegy Marketing & Trade and West Coast Power
            LLC, CFTC Docket No. 03-03].

            All documents and/or information relied upon by
        the CFTC in connection with the following statement(s)
        made in the order instituting proceedings pursuant to
        6(c) and 6(d) of the Commodity Exchange Act, making
        findings and imposing remedial sanctions in the matter of
        El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
        pending before the Commodity Futures Trading Commissions:

            Respondents violated   9(a)(2) of the Act when
        its employees knowingly delivered false price and volume
        information, including non-existent trades, to the
        reporting firms.

            I agree to pay any search, review, or copying fees
        that may be incurred in processing this request. In the
        event the CFTC believes the fees will exceed $500.00, we
        respectfully request notification of an estimate for the
        copying and research so that we have an opportunity to
        narrow the request.

            If you have questions or need further information,
        please do not hesitate to contact me by email, at
        kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| From: | kbrennan@balch.com |
| Sent: | Friday, September 12, 2008 4:46 PM |
| To: | FOIAsubmissions |
| Subject: | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 16:45:49
--------------------------------------------------------------------------

information:       Pursuant to the Freedom of Information Act, 5
           U.S.C.  552, we request information or records regarding
           the Commodity Futures Trading Commission s investigation
           into the conduct of and proceedings against El Paso,
           Dynegy Marketing & Trade and West Coast Power LLC in the
           In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
           and In re Dynegy Marketing & Trade and West Coast Power
           LLC, CFTC Docket No. 03-03].

           All documents and/or information relied upon by
           the CFTC in connection with the following statement(s)
           made in the order instituting proceedings pursuant to
           6(c) and 6(d) of the Commodity Exchange Act, making
           findings and imposing remedial sanctions in the matter of
           El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
           pending before the Commodity Futures Trading Commissions:


           Respondents specifically intended to report false
           or misleading or knowingly inaccurate market information
           concerning, among other things, trade prices and volume of
           trading, and failed to report actual market information in
           an attempt to manipulate the price of natural gas and
           interstate commerce.

           I agree to pay any search, review, or copying fees
           that may be incurred in processing this request. In the
           event the CFTC believes the fees will exceed $500.00, we
           respectfully request notification of an estimate for the
           copying and research so that we have an opportunity to
           narrow the request.

           If you have questions or need further information,
           please do not hesitate to contact me by email, at
           kbrennan@balch.com, or by telephone at (205) 226-3475.


_4_name: A. Kelly Brennan Esq.

1

**Easter, Stacy**

| | |
|---|---|
| From: | kbrennan@balch.com |
| Sent: | Friday, September 12, 2008 4:54 PM |
| To: | FOIAsubmissions |
| Subject: | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 16:53:56
-----------------------------------------------------------------------

information:       Pursuant to the Freedom of Information Act, 5
                U.S.C.  552, we request information or records regarding
                the Commodity Futures Trading Commission s investigation
                into the conduct of and proceedings against El Paso,
                Dynegy Marketing & Trade and West Coast Power LLC in the
                In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
                and In re Dynegy Marketing & Trade and West Coast Power
                LLC, CFTC Docket No. 03-03].

                All documents and/or information relied upon by
                the CFTC in connection with the following statement(s)
                made in the order instituting proceedings pursuant to
                6(c) and 6(d) of the Commodity Exchange Act, making
                findings and imposing remedial sanctions in the matter of
                El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
                pending before the Commodity Futures Trading Commissions:

                    Respondent s provision of the false reports and
                failure to report actual trades constitute overt acts and
                furtherance of the attempted manipulation.

                    I agree to pay any search, review, or copying fees
                that may be incurred in processing this request. In the
                event the CFTC believes the fees will exceed $500.00, we
                respectfully request notification of an estimate for the
                copying and research so that we have an opportunity to
                narrow the request.

                    If you have questions or need further information,
                please do not hesitate to contact me by email, at
                kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 4:56 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 16:56:17
------------------------------------------------------------------------

information:         Pursuant to the Freedom of Information Act, 5
            U.S.C.  552, we request information or records regarding
            the Commodity Futures Trading Commission s investigation
            into the conduct of and proceedings against El Paso,
            Dynegy Marketing & Trade and West Coast Power LLC in the
            In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
            and In re Dynegy Marketing & Trade and West Coast Power
            LLC, CFTC Docket No. 03-03].

            All documents and/or information relied upon by
the CFTC in connection with the following statement(s)
made in the order instituting proceedings pursuant to
6(c) and 6(d) of the Commodity Exchange Act, making
findings and imposing remedial sanctions in the matter of
El Paso Merchant Energy, L.P., CFTC Docket No.: 03-09,
pending before the Commodity Futures Trading Commissions:

            By failing to keep the required records,
including records of what EPME relayed to the reporting
firms, EPME violated Commission Regulations 1.31, 1.35 and
1.40.

            I agree to pay any search, review, or copying fees
that may be incurred in processing this request. In the
event the CFTC believes the fees will exceed $500.00, we
respectfully request notification of an estimate for the
copying and research so that we have an opportunity to
narrow the request.

            If you have questions or need further information,
please do not hesitate to contact me by email, at
kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 5:04 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 17:03:48
-----------------------------------------------------------------------

information:       Pursuant to the Freedom of Information Act, 5
        U.S.C.  552, we request information or records regarding
        the Commodity Futures Trading Commission s investigation
        into the conduct of and proceedings against El Paso,
        Dynegy Marketing & Trade and West Coast Power LLC in the
        In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
        and In re Dynegy Marketing & Trade and West Coast Power
        LLC, CFTC Docket No. 03-03.

        All documents and/or information relating to
interview reports of current and former EPME traders
provided to the Commission staff by EPME

        I agree to pay any search, review, or copying fees
that may be incurred in processing this request. In the
event the CFTC believes the fees will exceed $500.00, we
respectfully request notification of an estimate for the
copying and research so that we have an opportunity to
narrow the request.

        If you have questions or need further information,
please do not hesitate to contact me by email, at
kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

_4_city: Birmingham

_4_state: AL

_4_zip: 35201-0306

fax: 205-488-5828

1

**Easter, Stacy**

| | |
|---|---|
| From: | kbrennan@balch.com |
| Sent: | Friday, September 12, 2008 5:20 PM |
| To: | FOIAsubmissions |
| Subject: | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 17:19:52
-----------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
            U.S.C.  552, we request information or records regarding
            the Commodity Futures Trading Commission s investigation
            into the conduct of and proceedings against El Paso,
            Dynegy Marketing & Trade and West Coast Power LLC in the
            In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
            and In re Dynegy Marketing & Trade and West Coast Power
            LLC, CFTC Docket No. 03-03.

                All analysis and trading data provided to the
            Commission staff by EPME, which detailed all reported and
            all actual trades in the natural gas markets

                I agree to pay any search, review, or copying fees
            that may be incurred in processing this request. In the
            event the CFTC believes the fees will exceed $500.00, we
            respectfully request notification of an estimate for the
            copying and research so that we have an opportunity to
            narrow the request.

                If you have questions or need further information,
            please do not hesitate to contact me by email, at
            kbrennan@balch.com, or by telephone at (205) 226-3475


_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

_4_city: Birmingham

_4_state: AL

_4_zip: 35201-0306

fax: 205-488-5828

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 5:33 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 17:32:33
-------------------------------------------------------------------------

information:                          Pursuant to the Freedom of
          Information Act, 5 U.S.C.       552, we request information or
          records regarding the Commodity Futures Trading Commission
          s investigation into the conduct of and proceedings
          against El Paso, Dynegy Marketing & Trade and West Coast
          Power LLC in the In re El Paso Merchant Energy, L.P., CFTC
          Docket No. 03-09 and In re Dynegy Marketing & Trade and
          West Coast Power LLC, CFTC Docket No. 03-03.

              All e-mails and audio recordings provided by EPME
          to the Commission staff

              I agree to pay any search, review, or copying fees
          that may be incurred in processing this request. In the
          event the CFTC believes the fees will exceed $500.00, we
          respectfully request notification of an estimate for the
          copying and research so that we have an opportunity to
          narrow the request.

              If you have questions or need further information,
          please do not hesitate to contact me by email, at
          kbrennan@balch.com, or by telephone at (205) 226-3475.


_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

_4_city: Birmingham

_4_state: AL

_4_zip: 35201-0306

fax: 205-488-5828

phone: 205-226-3475

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Friday, September 12, 2008 5:34 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Friday, September 12, 2008 at 17:34:05
---------------------------------------------------------------------

information:       Pursuant to the Freedom of Information Act, 5
        U.S.C.  552, we request information or records regarding
        the Commodity Futures Trading Commission s investigation
        into the conduct of and proceedings against El Paso,
        Dynegy Marketing & Trade and West Coast Power LLC in the
        In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
        and In re Dynegy Marketing & Trade and West Coast Power
        LLC, CFTC Docket No. 03-03.

        All testimony or interview notes relating to EPME
        s senior risk manager s explanation of EPME s risk
        management operations

        I agree to pay any search, review, or copying fees
        that may be incurred in processing this request. In the
        event the CFTC believes the fees will exceed $500.00, we
        respectfully request notification of an estimate for the
        copying and research so that we have an opportunity to
        narrow the request.

        If you have questions or need further information,
        please do not hesitate to contact me by email, at
        kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

_4_city: Birmingham

_4_state: AL

_4_zip: 35201-0306

fax: 205-488-5828

phone: 205-226-3475

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 10:59 AM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 10:58:47
-----------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
            U.S.C.  552, we request information or records regarding
            the Commodity Futures Trading Commission s investigation
            into the conduct of and proceedings against El Paso,
            Dynegy Marketing & Trade and West Coast Power LLC in the
            In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
            and In re Dynegy Marketing & Trade and West Coast Power
            LLC, CFTC Docket No. 03-03.

            All documents and/or information relied upon by
            the CFTC in connection with the following statement(s)
            made in the Order instituting proceedings pursuant to
            6(c) and 6(d) of the Commodity Exchange Act, making
            findings and imposing remedial sanctions, in the matter of
            Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
            Docket No.: 03-03, pending before the Commodities Futures
            Trading Commission:

                From at least January 2000 through June 2002 (the
            relevant period ), Respondents reported false natural gas
            trading information, including price and volume
            information, to certain reporting firms.

                I agree to pay any search, review, or copying fees
            that may be incurred in processing this request. In the
            event the CFTC believes the fees will exceed $500.00, we
            respectfully request notification of an estimate for the
            copying and research so that we have an opportunity to
            narrow the request.

                If you have questions or need further information,
            please do not hesitate to contact me by email, at
            kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 11:03 AM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 11:03:07
--------------------------------------------------------------------------

information:       Pursuant to the Freedom of Information Act, 5
                U.S.C.  552, we request information or records regarding
                the Commodity Futures Trading Commission s investigation
                into the conduct of and proceedings against El Paso,
                Dynegy Marketing & Trade and West Coast Power LLC in the
                In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
                and In re Dynegy Marketing & Trade and West Coast Power
                LLC, CFTC Docket No. 03-03.

                All documents and/or information relied upon by
                the CFTC in connection with the following statement(s)
                made in the Order instituting proceedings pursuant to
                6(c) and 6(d) of the Commodity Exchange Act, making
                findings and imposing remedial sanctions, in the matter of
                Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
                Docket No.: 03-03, pending before the Commodities Futures
                Trading Commission:

                Dynegy Marketing and Trade knowingly submitted
                the false information to the reporting firms in an attempt
                to skew those indexes to Dynegy Marketing and Trade s
                financial benefit.

                I agree to pay any search, review, or copying fees
                that may be incurred in processing this request. In the
                event the CFTC believes the fees will exceed $500.00, we
                respectfully request notification of an estimate for the
                copying and research so that we have an opportunity to
                narrow the request.

                If you have questions or need further information,
                please do not hesitate to contact me by email, at
                kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 11:07 AM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 11:07:15
-------------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
                U.S.C.  552, we request information or records regarding
                the Commodity Futures Trading Commission s investigation
                into the conduct of and proceedings against El Paso,
                Dynegy Marketing & Trade and West Coast Power LLC in the
                In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
                and In re Dynegy Marketing & Trade and West Coast Power
                LLC, CFTC Docket No. 03-03.

                All documents and/or information relied upon by
                the CFTC in connection with the following statement(s)
                made in the Order instituting proceedings pursuant to
                6(c) and 6(d) of the Commodity Exchange Act, making
                findings and imposing remedial sanctions, in the matter of
                Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
                Docket No.: 03-03, pending before the Commodities Futures
                Trading Commission:

                        In an effort to ensure that its reported
                information would be used by the reporting firms, Dynegy
                Marketing and Trade caused respondent West Coast Power to
                submit information misrepresenting that West Coast Power
                was a counter-party to    the fictitious trades.

                I agree to pay any search, review, or copying fees
                that may be incurred in processing this request. In the
                event the CFTC believes the fees will exceed $500.00, we
                respectfully request notification of an estimate for the
                copying and research so that we have an opportunity to
                narrow the request.

                If you have questions or need further information,
                please do not hesitate to contact me by email, at
                kbrennan@balch.com, or by telephone at (205) 226-3475.

   _4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 11:25 AM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 11:25:09
----------------------------------------------------------------------------------

information:      Pursuant to the Freedom of Information Act, 5
             U.S.C.  552, we request information or records regarding
             the Commodity Futures Trading Commission s investigation
             into the conduct of and proceedings against El Paso,
             Dynegy Marketing & Trade and West Coast Power LLC in the
             In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
             and In re Dynegy Marketing & Trade and West Coast Power
             LLC, CFTC Docket No. 03-03.

             All documents and/or information relied upon by
             the CFTC in connection with the following statement(s)
             made in the Order instituting proceedings pursuant to
             6(c) and 6(d) of the Commodity Exchange Act, making
             findings and imposing remedial sanctions, in the matter of
             Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
             Docket No.: 03-03, pending before the Commodities Futures
             Trading Commission:

             Dynegy Marketing and Trade did not maintain
             required records concerning the information which it
             provided to the reporting firms or the true source of the
             information relayed to those firms as required by
             Commission regulations.

             I agree to pay any search, review, or copying fees
             that may be incurred in processing this request. In the
             event the CFTC believes the fees will exceed $500.00, we
             respectfully request notification of an estimate for the
             copying and research so that we have an opportunity to
             narrow the request.

             If you have questions or need further information,
             please do not hesitate to contact me by email, at
             kbrennan@balch.com, or by telephone at (205) 226-3475.

  _4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 11:38 AM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 11:37:31
--------------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
            U.S.C.  552, we request information or records regarding
            the Commodity Futures Trading Commission s investigation
            into the conduct of and proceedings against El Paso,
            Dynegy Marketing & Trade and West Coast Power LLC in the
            In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
            and In re Dynegy Marketing & Trade and West Coast Power
            LLC, CFTC Docket No. 03-03.

            All documents and/or information relied upon by
        the CFTC in connection with the following statement(s)
        made in the Order instituting proceedings pursuant to
        6(c) and 6(d) of the Commodity Exchange Act, making
        findings and imposing remedial sanctions, in the matter of
        Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
        Docket No.: 03-03, pending before the Commodities Futures
        Trading Commission:

            From at least January 2000 through June 2002,
        Respondents provided false reports to the reporting firms
        and failed to keep copies of required reports.

            I agree to pay any search, review, or copying fees
        that may be incurred in processing this request. In the
        event the CFTC believes the fees will exceed $500.00, we
        respectfully request notification of an estimate for the
        copying and research so that we have an opportunity to
        narrow the request.

            If you have questions or need further information,
        please do not hesitate to contact me by email, at
        kbrennan@balch.com, or by telephone at (205) 226-3475.

 _4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

 _4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 12:03 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 12:02:49
--------------------------------------------------------------------

information:     Pursuant to the Freedom of Information Act, 5 U.S.C.
552, we request information or records regarding the
Commodity Futures Trading Commission s investigation into
the conduct of and proceedings against El Paso, Dynegy
Marketing & Trade and West Coast Power LLC in the In re El
Paso Merchant Energy, L.P., CFTC Docket No. 03-09 and In
re Dynegy Marketing & Trade and West Coast Power LLC, CFTC
Docket No. 03-03.

All documents and/or information relied upon by
the CFTC in connection with the following statement(s)
made in the Order instituting proceedings pursuant to
6(c) and 6(d) of the Commodity Exchange Act, making
findings and imposing remedial sanctions, in the matter of
Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
Docket No.: 03-03, pending before the Commodities Futures
Trading Commission:

The false reports included altering price and
volume of actual trades and reporting non-existent trades
using the phones, faxes, and the internet.

I agree to pay any search, review, or copying fees
that may be incurred in processing this request. In the
event the CFTC believes the fees will exceed $500.00, we
respectfully request notification of an estimate for the
copying and research so that we have an opportunity to
narrow the request.

If you have questions or need further information,
please do not hesitate to contact me by email, at
kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

From:        kbrennan@balch.com
Sent:        Monday, September 15, 2008 12:11 PM
To:          FOIAsubmissions
Subject:     Electronic FOIA Request Form

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 12:11:26
------------------------------------------------------------------------

information:       Pursuant to the Freedom of Information Act, 5
              U.S.C.  552, we request information or records regarding
              the Commodity Futures Trading Commission s investigation
              into the conduct of and proceedings against El Paso,
              Dynegy Marketing & Trade and West Coast Power LLC in the
              In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
              and In re Dynegy Marketing & Trade and West Coast Power
              LLC, CFTC Docket No. 03-03.

                  All documents and/or information relied upon by
              the CFTC in connection with the following statement(s)
              made in the Order instituting proceedings pursuant to
              6(c) and 6(d) of the Commodity Exchange Act, making
              findings and imposing remedial sanctions, in the matter of
              Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
              Docket No.: 03-03, pending before the Commodities Futures
              Trading Commission:

                  Respondents continued to provide the false trade
              data because they believed that it benefited their trading
              positions to derivatives contracts.

                  I agree to pay any search, review, or copying fees
              that may be incurred in processing this request. In the
              event the CFTC believes the fees will exceed $500.00, we
              respectfully request notification of an estimate for the
              copying and research so that we have an opportunity to
              narrow the request.

                  If you have questions or need further information,
              please do not hesitate to contact me by email, at
              kbrennan@balch.com, or by telephone at (205) 226-3475.

 _4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

 _4_address1: P.O. Box 306

1

**Easter, Stacy**

From:        kbrennan@balch.com
Sent:        Monday, September 15, 2008 12:18 PM
To:          FOIAsubmissions
Subject:     Electronic FOIA Request Form

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 12:17:54
-----------------------------------------------------------------------

information:      Pursuant to the Freedom of Information Act, 5
          U.S.C.  552, we request information or records regarding
          the Commodity Futures Trading Commission s investigation
          into the conduct of and proceedings against El Paso,
          Dynegy Marketing & Trade and West Coast Power LLC in the
          In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
          and In re Dynegy Marketing & Trade and West Coast Power
          LLC, CFTC Docket No. 03-03.

          All documents and/or information relied upon by
          the CFTC in connection with the following statement(s)
          made in the Order instituting proceedings pursuant to
          6(c) and 6(d) of the Commodity Exchange Act, making
          findings and imposing remedial sanctions, in the matter of
          Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
          Docket No.: 03-03, pending before the Commodities Futures
          Trading Commission:

          Dynegy Marketing and Trade enlisted West Coast
          Power to give an appearance of propriety to the false
          data.

          I agree to pay any search, review, or copying fees
          that may be incurred in processing this request. In the
          event the CFTC believes the fees will exceed $500.00, we
          respectfully request notification of an estimate for the
          copying and research so that we have an opportunity to
          narrow the request.

          If you have questions or need further information,
          please do not hesitate to contact me by email, at
          kbrennan@balch.com, or by telephone at (205) 226-3475.

 _4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

 _4_address1: P.O. Box 306

1

Easter, Stacy

From:            kbrennan@balch.com
Sent:            Monday, September 15, 2008 12:33 PM
To:              FOIAsubmissions
Subject:         Electronic FOIA Request Form

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 12:32:44
--------------------------------------------------------------------------

information:      Pursuant to the Freedom of Information Act, 5
           U.S.C.  552, we request information or records regarding
           the Commodity Futures Trading Commission s investigation
           into the conduct of and proceedings against El Paso,
           Dynegy Marketing & Trade and West Coast Power LLC in the
           In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
           and In re Dynegy Marketing & Trade and West Coast Power
           LLC, CFTC Docket No. 03-03.

           All documents and/or information relied upon by
           the CFTC in connection with the following statement(s)
           made in the Order instituting proceedings pursuant to
           6(c) and 6(d) of the Commodity Exchange Act, making
           findings and imposing remedial sanctions, in the matter of
           Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
           Docket No.: 03-03, pending before the Commodities Futures
           Trading Commission:

           During the relevant period for example, as
           relayed in a Dynegy Marketing and Trade e-mail, a Dynegy
           Marketing and Trade employee established the following
           procedure:
           Enron owns the index.  Unless we start increasing
           our volumes we are going to continue to take the pain on
           the cash index.  I will get you the contact for [the
           reporting firm].  I would suggest representing yourself as
           [W]est [C]oast [LLC] . . . we can show offsetting
           transactions on our activity.

           I agree to pay any search, review, or copying fees
           that may be incurred in processing this request. In the
           event the CFTC believes the fees will exceed $500.00, we
           respectfully request notification of an estimate for the
           copying and research so that we have an opportunity to
           narrow the request.

           If you have questions or need further information,
           please do not hesitate to contact me by email, at
           kbrennan@balch.com, or by telephone at (205) 226-3475.

**Easter, Stacy**

| | |
|---|---|
| From: | kbrennan@balch.com |
| Sent: | Monday, September 15, 2008 12:36 PM |
| To: | FOIAsubmissions |
| Subject: | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 12:35:49
--------------------------------------------------------------------------

information:      Pursuant to the Freedom of Information Act, 5
          U.S.C. 552, we request information or records regarding
          the Commodity Futures Trading Commission s investigation
          into the conduct of and proceedings against El Paso,
          Dynegy Marketing & Trade and West Coast Power LLC in the
          In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
          and In re Dynegy Marketing & Trade and West Coast Power
          LLC, CFTC Docket No. 03-03.

          All documents and/or information relied upon by
          the CFTC in connection with the following statement(s)
          made in the Order instituting proceedings pursuant to
          6(c) and 6(d) of the Commodity Exchange Act, making
          findings and imposing remedial sanctions, in the matter of
          Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
          Docket No.: 03-03, pending before the Commodities Futures
          Trading Commission:

            Respondents  dual submission of the false
          information to the reporting firms was designed to elude
          detection from the reporting firms by showing trades with
          an actual counterparty.

          I agree to pay any search, review, or copying fees
          that may be incurred in processing this request. In the
          event the CFTC believes the fees will exceed $500.00, we
          respectfully request notification of an estimate for the
          copying and research so that we have an opportunity to
          narrow the request.

            If you have questions or need further information,
          please do not hesitate to contact me by email, at
          kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 12:41 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 12:41:07
---------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
           U.S.C.  552, we request information or records regarding
           the Commodity Futures Trading Commission s investigation
           into the conduct of and proceedings against El Paso,
           Dynegy Marketing & Trade and West Coast Power LLC in the
           In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
           and In re Dynegy Marketing & Trade and West Coast Power
           LLC, CFTC Docket No. 03-03.

           All documents and/or information relied upon by
           the CFTC in connection with the following statement(s)
           made in the Order instituting proceedings pursuant to
           6(c) and 6(d) of the Commodity Exchange Act, making
           findings and imposing remedial sanctions, in the matter of
           Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
           Docket No.: 03-03, pending before the Commodities Futures
           Trading Commission:

             Respondents violated   982 of the Act when they
           knowingly delivered false price and volume information,
           including fictitious trades, to the reporting firms.

           I agree to pay any search, review, or copying fees
           that may be incurred in processing this request. In the
           event the CFTC believes the fees will exceed $500.00, we
           respectfully request notification of an estimate for the
           copying and research so that we have an opportunity to
           narrow the request.

           If you have questions or need further information,
           please do not hesitate to contact me by email, at
           kbrennan@balch.com, or by telephone at (205) 226-3475.

 _4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

 _4_address1: P.O. Box 306

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 12:55 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form. It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 12:55:21
-----------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
U.S.C.  552, we request information or records regarding
the Commodity Futures Trading Commission s investigation
into the conduct of and proceedings against El Paso,
Dynegy Marketing & Trade and West Coast Power LLC in the
In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
and In re Dynegy Marketing & Trade and West Coast Power
LLC, CFTC Docket No. 03-03.

All documents and/or information relied upon by
the CFTC in connection with the following statement(s)
made in the Order instituting proceedings pursuant to
6(c) and 6(d) of the Commodity Exchange Act, making
findings and imposing remedial sanctions, in the matter of
Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
Docket No.: 03-03, pending before the Commodities Futures
Trading Commission:

Respondents specifically intended to report false
or misleading or knowingly inaccurate market information
concerning, among other things, trade prices and volumes,
to manipulate the price of natural gas in the interstate
commerce.

I agree to pay any search, review, or copying fees
that may be incurred in processing this request. In the
event the CFTC believes the fees will exceed $500.00, we
respectfully request notification of an estimate for the
copying and research so that we have an opportunity to
narrow the request.

If you have questions or need further information,
please do not hesitate to contact me by email, at
kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

1

**Easter, Stacy**

| | |
|---|---|
| From: | kbrennan@balch.com |
| Sent: | Monday, September 15, 2008 2:35 PM |
| To: | FOIAsubmissions |
| Subject: | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 14:35:16
---------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
            U.S.C.  552, we request information or records regarding
            the Commodity Futures Trading Commission s investigation
            into the conduct of and proceedings against El Paso,
            Dynegy Marketing & Trade and West Coast Power LLC in the
            In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
            and In re Dynegy Marketing & Trade and West Coast Power
            LLC, CFTC Docket No. 03-03.

            All documents and/or information relied upon by
            the CFTC in connection with the following statement(s)
            made in the Order instituting proceedings pursuant to
            6(c) and 6(d) of the Commodity Exchange Act, making
            findings and imposing remedial sanctions, in the matter of
            Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
            Docket No.: 03-03, pending before the Commodities Futures
            Trading Commission:

                Respondents provision of the false reports and
            their collusion, which was designed to thwart the
            reporting firms  detection of the false information,
            constitutes overt acts and furtherance of the attempted
            manipulation.

            I agree to pay any search, review, or copying fees
            that may be incurred in processing this request. In the
            event the CFTC believes the fees will exceed $500.00, we
            respectfully request notification of an estimate for the
            copying and research so that we have an opportunity to
            narrow the request.

            If you have questions or need further information,
            please do not hesitate to contact me by email, at
            kbrennan@balch.com, or by telephone at (205) 226-3475.

  _4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 2:44 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 14:43:59
--------------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
                U.S.C.  552, we request information or records regarding
                the Commodity Futures Trading Commission s investigation
                into the conduct of and proceedings against El Paso,
                Dynegy Marketing & Trade and West Coast Power LLC in the
                In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
                and In re Dynegy Marketing & Trade and West Coast Power
                LLC, CFTC Docket No. 03-03.

                All documents and/or information relied upon by
        the CFTC in connection with the following statement(s)
        made in the Order instituting proceedings pursuant to
        6(c) and 6(d) of the Commodity Exchange Act, making
        findings and imposing remedial sanctions, in the matter of
        Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
        Docket No.: 03-03, pending before the Commodities Futures
        Trading Commission:

                Dynegy Marketing and Trade, a non-clearing NYMEX
        member, failed to keep records required of members of the
        contract market, including the records of what Dynegy
        Marketing and Trade relayed to the reporting firms.

                I agree to pay any search, review, or copying fees
        that may be incurred in processing this request. In the
        event the CFTC believes the fees will exceed $500.00, we
        respectfully request notification of an estimate for the
        copying and research so that we have an opportunity to
        narrow the request.

                If you have questions or need further information,
        please do not hesitate to contact me by email, at
        kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 2:50 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 14:49:43

---------------------------------------------------------------------------

information:       Pursuant to the Freedom of Information Act, 5
            U.S.C.  552, we request information or records regarding
            the Commodity Futures Trading Commission s investigation
            into the conduct of and proceedings against El Paso,
            Dynegy Marketing & Trade and West Coast Power LLC in the
            In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
            and In re Dynegy Marketing & Trade and West Coast Power
            LLC, CFTC Docket No. 03-03.

            All documents and/or information relied upon by
the CFTC in connection with the following statement(s)
made in the Order instituting proceedings pursuant to
6(c) and 6(d) of the Commodity Exchange Act, making
findings and imposing remedial sanctions, in the matter of
Dynegy Marketing and Trade and West Coast Power, LLC, CFTC
Docket No.: 03-03, pending before the Commodities Futures
Trading Commission:

            By failing to keep the required records,
including records of what Dynegy Marketing and Trade
relayed to the reporting firms, Dynegy Marketing and Trade
violated Commission Regulations 1.31, 1.35 and 1.40.

            I agree to pay any search, review, or copying fees
that may be incurred in processing this request. In the
event the CFTC believes the fees will exceed $500.00, we
respectfully request notification of an estimate for the
copying and research so that we have an opportunity to
narrow the request.

            If you have questions or need further information,
please do not hesitate to contact me by email, at
kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

1

**Easter, Stacy**

| | |
|---|---|
| **From:** | kbrennan@balch.com |
| **Sent:** | Monday, September 15, 2008 2:52 PM |
| **To:** | FOIAsubmissions |
| **Subject:** | Electronic FOIA Request Form |

Below is the result of your feedback form.  It was submitted by
(kbrennan@balch.com) on Monday, September 15, 2008 at 14:52:13
---------------------------------------------------------------------------

information:        Pursuant to the Freedom of Information Act, 5
                U.S.C.  552, we request information or records regarding
                the Commodity Futures Trading Commission s investigation
                into the conduct of and proceedings against El Paso,
                Dynegy Marketing & Trade and West Coast Power LLC in the
                In re El Paso Merchant Energy, L.P., CFTC Docket No. 03-09
                and In re Dynegy Marketing & Trade and West Coast Power
                LLC, CFTC Docket No. 03-03.

                        All documents and/or information relating in any
                way to Dynegy Marketing and Trade s independent internal
                investigation including, without limitation, the results
                of that investigation together with all supporting
                documents provided to the Commission staff by Dynegy
                Marketing and Trade and/or West Coast Power, LLC.

                        I agree to pay any search, review, or copying fees
                that may be incurred in processing this request. In the
                event the CFTC believes the fees will exceed $500.00, we
                respectfully request notification of an estimate for the
                copying and research so that we have an opportunity to
                narrow the request.

                        If you have questions or need further information,
                please do not hesitate to contact me by email, at
                kbrennan@balch.com, or by telephone at (205) 226-3475.

_4_name: A. Kelly Brennan Esq.

firm: Balch & Bingham LLP

_4_address1: P.O. Box 306

_4_city: Birmingham

_4_state: AL

_4_zip: 35201-0306

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA


BALCH & BINGHAM LLP,     )

                                  )

         Plaintiff,     )

                                  )

v.                           )         Civ. No.:  CV-08-HGD-2281-S

                                  )

U.S. COMMODITY FUTURES     )

TRADING COMMISSION,     )

                                  )

         Defendant.     )


## DEFENDANT COMMODITY FUTURES TRADING COMMISSION'S MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES


Exhibit B to Declaration of Stacy Easter ---
CFTC Response to FOIA Request, dated 6 Nov 2008
.



## U.S. COMMODITY FUTURES TRADING COMMISSION
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5105
Facsimile: (202) 418-5124

FOIA
Compliance Office

November 6, 2008

Kelly Brennan, Esq.
Balch & Bingham LLP
P.O. Box 306
Birmingham, AL 35201-0306

      FOIA No.: 08-0141
      RE: All documents relied upon by the CFTC regarding various statement(s) made in the
      Order Instituting Proceedings Making Findings and Imposing Remedial Sanctions in
      CFTC docket no.: 03-09 and 03-03 (re: Dynegy & El Paso).

Dear Ms. Brennan:

      This letter is in partial response to your September 15, 2008, Freedom of Information Act
request for the above information.

      Staff of the Division of Enforcement has identified material responsive to your request
and has determined that your request should be denied in total.  Nine hundred and ninety-seven
pages consisting of internal memoranda and e-mails are being withheld pursuant to exemption 3
of the Freedom of Information Act, 5 U.S.C. § 552 (b)(3), pertaining to material specifically
exempted from disclosure by statute (Section 8(a) of the Commodity Exchange Act, 7 U.S.C. §
12); exemption 5, 5 U.S.C. § 552(b)(5), pertaining to interagency or intra-agency memos or
letters, which would not be available by law to a party other than an agency in litigation with the
agency; and exemption 7 of the Act, 5 U.S.C. § 552 (b)(7)(A), pertaining to records or
information compiled for law enforcement purposes, but only to the extent that the production of
such law enforcement records or information could reasonably be expected to interfere with
pending enforcement proceedings.

      Please be advised that Commission staff has identified additional material that is subject to
petition for confidential treatment pursuant to Section 145.9 of the Commission's regulations. In
accordance with Section 145.9(d)(7), the submitters (Dynegy Inc. & El Paso Merchant Energy LP)
of the confidential treatment requests were notified that a Freedom of Information Act request for
the material had been received and had been asked to submit a detailed written justification in
support of their confidential treatment request. We have received the justifications (attached) and
staff is currently reviewing them to determine whether the request for confidential treatment
should be granted or denied.  You will be promptly notified when staff has made its
determination.

      Once the confidential treatment process is resolved, you may, if you wish, file an appeal

for access to information denied you by this letter.  Please do not file your appeal until you receive a final response to your request.  Your appeal must be in writing and must contain a statement of the grounds upon which you are basing your appeal.  Please refer to the FOIA number that has been assigned to this request (FOIA No. 08-0141).  Your appeal should be addressed:  Freedom of Information Act Appeal, Office of the General Counsel, Commodity Futures Trading Commission, Three Lafayette Centre, 8th Floor, 1155 - 21st Street, N.W., Washington, D.C.  20581.  Please send a copy of your appeal to the FOIA Compliance Office, Commodity Futures Trading Commission, Three Lafayette Centre, 8th Floor, 1155 - 21st Street, N.W., Washington, D.C.  20581.  Questions concerning the processing of an appeal should be directed to the Office of the General Counsel at (202) 418-5120.

Please direct any questions you may have regarding the initial processing of your request to me at (202) 418-5011 or seaster@cftc.gov.

Sincerely,

Stacy J. Easter
Paralegal Specialist